FUJIAN MACHINERY & EQUIPMENT IMPORT & EXPORT CORP. AND SHANDONG MACHINERY IMPORT & EXPORT CORP., PLAINTIFFS *v.* UNITED STATES OF AMERICA, DEFENDANT

Court No. 96–05–01340

(Dated February 8, 2000)

## JUDGMENT ORDER

GOLDBERG, *Judge:* Upon consideration of the Department of Commerce's *Final Results of Redetermination Pursuant to Court Remand, Fujian Machinery and Equipment Import & Export Corp., et. al v. United States*, November 15, 1999 ("Remand Results"), and all other papers filed herein, and no parties having filed comments regarding the Remand Results, it is hereby

ORDERED that the Remand Results are sustained in all respects.

FUJIAN MACHINERY & EQUIPMENT IMPORT & EXPORT CORP. AND SHANDONG MACHINERY IMPORT & EXPORT CORP., PLAINTIFFS *v.* UNITED STATES OF AMERICA, DEFENDANT

Court No. 96–10–02480

(Dated February 8, 2000)

## JUDGMENT ORDER

GOLDBERG, *Judge:* Upon consideration of the Department of Commerce's *Final Results of Redetermination Pursuant to Court Remand, Fujian Machinery and Equipment Import & Export Corp., et. al v. United States*, November 15, 1999 ("Remand Results"), and all other papers filed herein, and no parties having filed comments regarding the Remand Results, it is hereby

ORDERED that the Remand Results are sustained in all respects.